**Electronically Filed
Supreme Court
SCWC-21-0000687
05-MAY-2025
02:35 PM
Dkt. 20 OGAC**

SCWC-21-0000687

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RENELDO RODRIGUEZ, individually and
on behalf of all others similarly situated,
Petitioner/Plaintiff-Appellee,

vs.

MAUNA KEA RESORT LLC; HAWAII PRINCE HOTEL WAIKIKI LLC;
PRINCE RESORTS HAWAII, INC.,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000687; CASE NO. 1CC161002191)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellee Reneldo Rodriguez's application for writ of certiorari filed on March 10, 2025, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, May 5, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

